LNV Corp. v Almberg (2026 NY Slip Op 00885)

LNV Corp. v Almberg

2026 NY Slip Op 00885

Decided on February 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
BARRY E. WARHIT
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2023-01566
2023-01568
 (Index No. 64503/14)

[*1]LNV Corporation, respondent, 
vWinston Almberg, et al., appellants, et al., defendants.

Rosenberg & Estis, P.C., New York, NY (Christopher A. Gorman and John Muldoon of counsel), for appellants.
Stein, Wiener & Roth, LLP, Westbury, NY (Gerald Roth of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendants Winston Almberg and Tara Almberg appeal from (1) an order of the Supreme Court, Suffolk County (Thomas F. Whelan, J.), dated January 10, 2023, and (2) an order of the same court also dated January 10, 2023. The first order, insofar as appealed from, granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against the defendants Winston Almberg and Tara Almberg and for an order of reference. The second order, insofar as appealed from, granted the same relief to the plaintiff and appointed a referee to compute the amount due to the plaintiff.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeals from the orders are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; Matter of Aho, 39 NY2d at 248; LNV Corporation v Almberg, ___ AD3d ___ [Appellate Division Docket No. 2024-00650; decided herewith]).
BARROS, J.P., WARHIT, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court